## ELLA M. DeLONG v. W. G. SCHANKE COMPANY, INC.[1]

February 27, 1931.

No. 28,323.

E. E. Eder, for appellant.
O. J. Ertsgaard and Lena Brown, for respondent.

PER CURIAM.

On a trial in the municipal court of Minneapolis without a jury the plaintiff prevailed on a cause of action arising out of a transaction wherein she claims that she engaged the defendant to purchase for her 20 shares of Cities Service stock, paying down the sum of $500 on the purchase. It was the contention of the defendant that the transaction was one between principals and that the $500 was a down payment on an uncompleted purchase. Plaintiff contends that she was engaging defendant as a broker to purchase the stock in open market.

The trial court found in accordance with plaintiff's theory that the plaintiff paid $500 over to the defendant to be used in the purchase but that the defendant never bought the stock for the plaintiff. Defendant retained the $500.

In our opinion the findings of the trial court are sustained by the evidence, and the plaintiff is entitled to recover the $500.

The order appealed from is affirmed.

[1]Reported in 235 N. W. 17.